*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

RAFFI MUSCHEGIAN,

Plaintiff-Appellee,

v

KRISTINA MARIA ESPARZA,

Defendant-Appellant.

UNPUBLISHED
July 15, 2021

No. 353146
Oakland Circuit Court
Family Division
LC No. 2018-865009-DC

Before: RIORDAN, P.J., and M. J. KELLY and SHAPIRO, JJ.

SHAPIRO, J. (*concurring in part, dissenting in part*).

I concur with the majority as to legal custody. I also concur as to parenting time except that I would remand to the trial court to rule on holiday parenting time. I dissent as to attorney fees. A review of the record demonstrates that defendant cannot pay her attorney fees which substantially exceed her yearly income and that plaintiff is able to pay the fees.

/s/ Douglas B. Shapiro

-1-